No. 57. PARSONS, PRESIDENT OF UNITED TELEPHONE ORGANIZATIONS, *v.* HERZOG ET AL. United States Court

of Appeals for the District of Columbia Circuit. Certiorari denied. *Ellis W. Manning* for petitioner. *Solicitor General Perlman, Robert N. Denham, David P. Findling, A. Norman Somers* and *Norton J. Come* for respondents.